*NOTICE: THIS IS A SAMPLE FORM WHICH MAY BE USED ONLY AS A GUIDE IN CONSTRUCTING A COMPLAINT IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI. ALTHOUGH THE PLAINTIFF MAY BE PRO SE (not represented by an attorney), THE PLAINTIFF IS STILL REQUIRED TO COMPLY WITH THE FEDERAL RULES OF CIVIL PROCEDURE AND THE LOCAL RULES OF THE SOUTHERN DISTRICT OF MISSISSIPPI. **DO NOT WRITE ON THIS FORM.***

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
NOV 13 2013
J T NOBLIN, CLERK
BY_____ DEPUTY

Doroan Evans
(Plaintiff's name)

PLAINTIFF

VS. Meridian Police Department
An Nameless Polices

CIVIL ACTION NO. 4:13cv180 DPJ-FKB
(to be provided by the Court)

DEFENDANT(S)

(Defendant(s) name(s))

## COMPLAINT

COMES NOW, plaintiff, \_\_\_\_(plaintiff's name)\_\_\_\_, pro se, and for cause of action against the defendant(s), \_\_\_\_(each of the defendants names)\_\_\_\_, would state:

## JURISDICTION

(Plaintiff is to complete this space by making a short and accurate statement of the grounds upon which the court's jurisdiction depends. That is, why this matter is being brought in Federal Court).

I.

Plaintiff is an adult resident citizen of the County of United States / USA, State of Mississippi.

The defendant M.P.D. is an adult resident citizen of the County of U.S.A, State of Meridian. (The plaintiff will need to provide this information for each of the

g:\prose\forms\cmprose.1

defendants).

## FACTS

(Plaintiff is to make a short and plain statement of the claim along with the facts that show why the plaintiff is entitled to relief).

## RELIEF

(Plaintiff is to state what relief he/she is seeking to obtain from the court).

Respectfully submitted, this the _04_ day of _11_, 20_13_.

_____Donovan Evans_____
(signature of plaintiff)

NAME, ADDRESS AND PHONE NUMBER OF PLAINTIFF:

(name of plaintiff) Donovan Evans

(mailing address of plaintiff) 2704 Valley R.D. 10#108

(city, state and zip code) Meridian, MS 39307

(phone number of plaintiff) (601) 513-0536

"Defendants to pay $300,000 - 99.9 Trillion= To The Plaintiff Donovan Evans"

Simple Assault for Not Guil case 21001578 Violation Date 12-16-10 "Not-GUI Disp" Date 02-16-11.

g:\prose\forms\cmprose.1

Donovan Evans

Donovan Evans v/ Meridian Police Department
An nameless polices.

# FACTS, RELIEF

I Donovan Evans The Plantiff on this case. Say it is for The Defendants to pay $3000, 99.9 Trillion To The Plaintiff I Donovan Evans. For A Not Guil Case 211co1578 Vio Violation Simple Assault Date 12-16-10 "NOT GUIL DISP". Date 02-14-11.

Donovan Evans

"Donovan Evans V. Meridian Police D-
epartment an namesless Polices."

"Facts, RELIEF,"
"I The Plaintiff Will like to
proced in the District Court.
It is for the Defendants
to pay $3000, 99.9 Trillion To Plaintiff
for A Not GUI Case ~~~~~~ 2M00
~~ Violation ~~~~~~~~ Date~~~~~
Malicious Misc Date 12-29-10
Disp not GUI Date 02-16-11

2845

Donovan Evans